**Jose Francisco SALAS–MARTINEZ; et al., Petitioners,**

v.

**John ASHCROFT, Attorney General, Respondent.**

Nos. 02–71132.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2004.*

Decided June 23, 2004.

Suzanne B. Friedman, Esq., Attorney at Law, San Francisco, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, John C. Cunningham, Esq., Robbin K. Blaya, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

---

\* The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, THOMAS, and FISHER, Circuit Judges.

## MEMORANDUM **

Jose Francisco Salas–Martinez, the lead petitioner, and his wife Maria Guadalupe Sacoalco De Salas, both natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order summarily affirming the Immigration Judge's order denying their applications for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo due process contentions, *Jimenez–Angeles v. Ashcroft*, 291 F.3d 594, 599 (9th Cir.2002), and we deny the petition for review.

Petitioners' sole contention, that the BIA's decision "without opinion" violates due process, is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 850–51 (9th Cir.2003).

Pursuant to *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), petitioner's motion for stay of removal included a timely request for stay of voluntary departure. Because the stay of removal was granted, the voluntary departure period was also stayed, nunc pro tunc, to the filing of the motion for stay of removal and this stay will expire upon issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.